1 | **LEWIS BRISBOIS BISGAARD & SMITH LLP**
TONY M. SAIN, SB# 251626
2 | E-Mail: Tony.Sain@lewisbrisbois.com
ABIGAIL J. R. McLAUGHLIN, SB# 313208
3 | E-Mail: Abigail.McLaughlin@lewisbrisbois.com
633 West 5th Street, Suite 4000
4 | Los Angeles, California 90071
Telephone: 213.250.1800
5 | Facsimile: 213.250.7900

6 | Attorneys for Defendants,
COUNTY OF RIVERSIDE, RIVERSIDE
7 | COUNTY SHERIFF'S DEPARTMENT,
SHERIFF CHAD BIANCO, EDGAR
8 | DELGADO, JAMES KRACHMER, and
DAVID HOLM

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

| | |
|---|---|
| ESTATE OF KAUSHAL NIROULA, by and through successors in interest, Radha Niroula and Krishna Niroula; RADHA NIROULA, individually; KRISHNA NIROULA, indvidually; | Case No. 5:23-cv-01739-JGB (SK) [*Hon. Jesus G. Bernal, Dist. Judge*; *Hon. Steve Kim, M. Judge*] |
| Plaintiffs, | **COUNTY DEFENDANTS' ANSWER TO PLAINTIFFS' COMPLAINT FOR DAMAGES; DEMAND FOR JURY TRIAL** |
| vs. | |
| COUNTY OF RIVERSIDE, a public entity; RIVERSIDE COUNTY SHERIFF'S DEPARTMENT; SHERIFF CHAD BIANCO, in his individual and official capacities; EDWARD DELGADO; JAMES KRACHMER; DAVID HOLM; RONALD SANCHEZ; and DOES 1 through 10, individually, jointly and severally, | Action Filed: 8/25/2023 Trial Date: None Set |
| Defendants. | |

Defendants COUNTY OF RIVERSIDE, RIVERSIDE COUNTY SHERIFF'S

DEPARTMENT, SHERIFF CHAD BIANCO, EDWARD DELGADO, JAMES

KRACHMER, and DAVID HOLM ("Defendants") hereby answer Plaintiffs'

132391749.1

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

Complaint for Damages (Doc. 1; hereinafter referred to as the "Complaint") and Defendants hereby admit, deny, and allege as follows:

## ANSWER TO COMPLAINT

1.     Answering paragraph 1 of the Complaint, under the header "Introduction": Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on the basis deny each and every allegation contained therein.

2.     Answering paragraph 2 of the Complaint, under the header "Introduction": Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on the basis deny each and every allegation contained therein.

3.     Answering paragraph 3 of the Complaint, under the header "Introduction": Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on the basis deny each and every allegation contained therein.

4.     Answering paragraph 4 of the Complaint, under the header "Introduction": Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on the basis deny each and every allegation contained therein.

5.     Answering paragraph 5 of the Complaint, under the header "Introduction": Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on the basis deny each and every allegation contained therein.

6.     Answering paragraph 6 of the Complaint, under the header "Introduction": Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on the basis deny each and every allegation contained therein.

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

7.     Answering paragraph 7 of the Complaint, under the header "Introduction": Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on the basis deny each and every allegation contained therein.

8.     Answering paragraph 8 of the Complaint, under the header "Introduction": Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on the basis deny each and every allegation contained therein.

9.     Answering paragraph 9 of the Complaint, under the header "Jurisdiction and Venue": Defendants admit that jurisdiction is vested in this Court under 28 U.S.C. § 1331 and 28 U.S.C. § 1343.

10.     Answering paragraph 10 of the Complaint, under the header "Jurisdiction and Venue": Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on the basis deny each and every allegation contained therein.

11.     Answering paragraph 11 of the Complaint, under the header "Jurisdiction and Venue": Defendants admit that venue is proper under 28 U.S.C. § 1391(b)(1) and (2).

12.     Answering paragraph 12 of the Complaint, under the header "Pendant Claims": Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on the basis deny each and every allegation contained therein.

13.     Answering paragraph 13 of the Complaint, under the header "Pendant Claims": Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on the basis deny each and every allegation contained therein.

14.     Answering paragraph 14 of the Complaint, under the header "Parties – Plaintiffs": Defendants are without sufficient knowledge or information to form a

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

132391749.1                                    3                         Case No. 5:23-cv-01739-JGB (SK)
COUNTY DEFENDANTS' ANSWER TO PLAINTIFFS' COMPLAINT

1  belief as to the truth of the allegations contained in said paragraph, and on the basis

2  deny each and every allegation contained therein.

3      15.    Answering paragraph 15 of the Complaint, under the header "Parties –

4  Plaintiffs": Defendants are without sufficient knowledge or information to form a

5  belief as to the truth of the allegations contained in said paragraph, and on the basis

6  deny each and every allegation contained therein.

7      16.    Answering paragraph 16 of the Complaint, under the header "Parties –

8  Plaintiffs": Defendants are without sufficient knowledge or information to form a

9  belief as to the truth of the allegations contained in said paragraph, and on the basis

10  deny each and every allegation contained therein.

11      17.    Answering paragraph 17 of the Complaint, under the header "Parties –

12  Defendants": Defendants admit that Defendant County of Riverside is a public entity

13  organized under the laws of the State of California.  As to the remaining allegations

14  in this paragraph, at present, Defendants do not have sufficient knowledge, or

15  information or belief, to enable Defendants to answer the remaining allegations

16  contained within such paragraph, as stated, and on those grounds deny generally and

17  specifically each and every of the remaining allegations contained therein.

18      18.    Answering paragraph 18 of the Complaint, under the header "Parties –

19  Defendants": Defendants admit that Chad Bianco was at all relevant times the Sheriff-

20  Coroner of Riverside County Sheriff's Department (RCSD).  As to the remaining

21  allegations in this paragraph, at present, Defendants do not have sufficient knowledge,

22  or information or belief, to enable Defendants to answer the remaining allegations

23  contained within such paragraph, as stated, and on those grounds deny generally and

24  specifically each and every of the remaining allegations contained therein.

25  Defendants deny all liability and/or wrongdoing.

26      19.    Answering paragraph 19 of the Complaint, under the header "Parties –

27  Defendants": Defendants admit that Edward Delgado was at all relevant times the

28  Corrections Assistant Chief of RCSD.  As to the remaining allegations in this

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

132391749.1                                    4                      Case No. 5:23-cv-01739-JGB (SK)
COUNTY DEFENDANTS' ANSWER TO PLAINTIFFS' COMPLAINT

paragraph, at present, Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the remaining allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the remaining allegations contained therein. Defendants deny all liability and/or wrongdoing.

20. Answering paragraph 20 of the Complaint, under the header "Parties – Defendants": Defendants admit that James Krachmer was at all relevant times the Corrections Chief Deputy of RCSD. As to the remaining allegations in this paragraph, at present, Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the remaining allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the remaining allegations contained therein. Defendants deny all liability and/or wrongdoing.

21. Answering paragraph 21 of the Complaint, under the header "Parties – Defendants": Defendants admit that David Holm was at all relevant times the Corrections Captain of Cois M. Byrd Detention Center. As to the remaining allegations in this paragraph, at present, Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the remaining allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the remaining allegations contained therein. Defendants deny all liability and/or wrongdoing.

22. Answering paragraph 22 of the Complaint, under the header "Parties – Defendants": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the remaining allegations contained therein. Defendants deny all liability and/or wrongdoing.

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

23.     Answering paragraph 23 of the Complaint, under the header "Parties – Defendants":  Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the remaining allegations contained therein.   Defendants deny all liability and/or wrongdoing.

24.     Answering paragraph 24 of the Complaint, under the header "Parties – Defendants":  Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the remaining allegations contained therein.   Defendants deny all liability and/or wrongdoing.

25.     Answering paragraph 25 of the Complaint, under the header "Parties – Defendants":  Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the remaining allegations contained therein.   Defendants deny all liability and/or wrongdoing.

26.     Answering paragraph 26 of the Complaint, under the header "Parties – Defendants":  Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the remaining allegations contained therein.   Defendants deny all liability and/or wrongdoing.

27.     Answering paragraph 27 of the Complaint, under the header "Parties – Defendants":  Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

132391749.1                                    6                     Case No. 5:23-cv-01739-JGB (SK)
COUNTY DEFENDANTS' ANSWER TO PLAINTIFFS' COMPLAINT

remaining allegations contained therein. Defendants deny all liability and/or wrongdoing.

28. Answering paragraph 28 of the Complaint, under the header "Parties – Defendants": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the remaining allegations contained therein. Defendants deny all liability and/or wrongdoing.

29. Answering paragraph 29 of the Complaint, under the header "Parties – Defendants": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the remaining allegations contained therein. Defendants deny all liability and/or wrongdoing.

30. Answering paragraph 30 of the Complaint, under the header "Parties – Defendants": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the remaining allegations contained therein. Defendants deny all liability and/or wrongdoing.

31. Answering paragraph 31 of the Complaint, under the header "Parties – Defendants": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the remaining allegations contained therein. Defendants deny all liability and/or wrongdoing.

32. Answering paragraph 32 of the Complaint, under the header "Parties – Defendants": Defendants do not have sufficient knowledge, or information or belief,

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

132391749.1                                    7                    Case No. 5:23-cv-01739-JGB (SK)
COUNTY DEFENDANTS' ANSWER TO PLAINTIFFS' COMPLAINT

to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the remaining allegations contained therein.   Defendants deny all liability and/or wrongdoing.

33.    Answering paragraph 33 of the Complaint, under the header "Parties – Defendants":  Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the remaining allegations contained therein.   Defendants deny all liability and/or wrongdoing.

34.    Answering paragraph 34 of the Complaint, under the header "Factual Allegations Common to All Causes of Action": Defendants deny all of the allegations in this paragraph.   Defendants deny all of the allegations in this paragraph. Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the allegations contained therein.  Defendants deny all liability and/or wrongdoing.

35.    Answering paragraph 35 of the Complaint, under the header "Factual Allegations Common to All Causes of Action": Defendants deny all of the allegations in this paragraph.  Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the allegations contained therein.   Defendants deny all liability and/or wrongdoing.

36.    Answering paragraph 36 of the Complaint, under the header "Factual Allegations Common to All Causes of Action": Defendants deny all of the allegations in this paragraph.  Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

132391749.1                                        8                    Case No. 5:23-cv-01739-JGB (SK)
COUNTY DEFENDANTS' ANSWER TO PLAINTIFFS' COMPLAINT

paragraph, as stated, and on those grounds deny generally and specifically each and every of the allegations contained therein.   Defendants deny all liability and/or wrongdoing.

37.   Answering paragraph 37 of the Complaint, under the header "Factual Allegations Common to All Causes of Action": Defendants deny all of the allegations in this paragraph.  Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the allegations contained therein.   Defendants deny all liability and/or wrongdoing.

38.   Answering paragraph 38 of the Complaint, under the header "Factual Allegations Common to All Causes of Action": Defendants deny all of the allegations in this paragraph.  Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the allegations contained therein.   Defendants deny all liability and/or wrongdoing.

39.   Answering paragraph 39 of the Complaint, under the header "Factual Allegations Common to All Causes of Action": Defendants deny all of the allegations in this paragraph.   Defendants deny all of the allegations in this paragraph. Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the allegations contained therein.  Defendants deny all liability and/or wrongdoing.

40.   Answering paragraph 40 of the Complaint, including insert paragraphs I – II, under the header "Factual Allegations Common to All Causes of Action": Defendants deny all of the allegations in this paragraph.  Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the allegations contained therein. Defendants deny all liability and/or wrongdoing.

41.     Answering paragraph 41 of the Complaint, under the header "Factual Allegations Common to All Causes of Action": Defendants deny all of the allegations in this paragraph.  Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the allegations contained therein.  Defendants deny all liability and/or wrongdoing.

42.     Answering paragraph 42 of the Complaint, under the header "Factual Allegations Common to All Causes of Action": Defendants deny all of the allegations in this paragraph.  Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the allegations contained therein.  Defendants deny all liability and/or wrongdoing.

43.     Answering paragraph 43 of the Complaint, under the header "Factual Allegations Common to All Causes of Action": Defendants deny all of the allegations in this paragraph.  Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the allegations contained therein.  Defendants deny all liability and/or wrongdoing.

44.     Answering paragraph 44 of the Complaint, and insert paragraphs 19 – 35, under the header "Factual Allegations Common to All Causes of Action": Defendants deny all of the allegations in this paragraph.  Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the allegations contained therein. Defendants deny all liability and/or wrongdoing.

45.     Answering paragraph 45 of the Complaint, under the header "Factual Allegations Common to All Causes of Action": Defendants deny all of the allegations in this paragraph.  Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the allegations contained therein.  Defendants deny all liability and/or wrongdoing.

46.     Answering paragraph 46 of the Complaint, under the header "Factual Allegations Common to All Causes of Action": Defendants deny all of the allegations in this paragraph.  Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the allegations contained therein.  Defendants deny all liability and/or wrongdoing.

47.     Answering paragraph 47 of the Complaint, under the header "Factual Allegations Common to All Causes of Action": Defendants deny all of the allegations in this paragraph.  Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the allegations contained therein.  Defendants deny all liability and/or wrongdoing.

48.     Answering paragraph 48 of the Complaint, under the header "Factual Allegations Common to All Causes of Action": Defendants deny all of the allegations in this paragraph.  Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

132391749.1                                    11                    Case No. 5:23-cv-01739-JGB (SK)
COUNTY DEFENDANTS' ANSWER TO PLAINTIFFS' COMPLAINT

1  paragraph, as stated, and on those grounds deny generally and specifically each and

2  every of the allegations contained therein.   Defendants deny all liability and/or

3  wrongdoing.

4        49.    Answering paragraph 49 of the Complaint, under the header "Factual

5  Allegations Common to All Causes of Action": Defendants deny all of the allegations

6  in this paragraph.  Defendants do not have sufficient knowledge, or information or

7  belief, to enable Defendants to answer the allegations contained within such

8  paragraph, as stated, and on those grounds deny generally and specifically each and

9  every of the allegations contained therein.   Defendants deny all liability and/or

10  wrongdoing.

11        50.    Answering paragraph 50 of the Complaint, under the header "Factual

12  Allegations Common to All Causes of Action": Defendants deny all of the allegations

13  in this paragraph and its subparagraphs a) through f).   Defendants do not have

14  sufficient knowledge, or information or belief, to enable Defendants to answer the

15  allegations contained within such paragraph, as stated, and on those grounds deny

16  generally and specifically each and every of the allegations contained therein.

17  Defendants deny all liability and/or wrongdoing.

18        51.    Answering paragraph 51 of the Complaint, under the header "Factual

19  Allegations Common to All Causes of Action": Defendants deny all of the allegations

20  in this paragraph and its subparagraphs a) through e).   Defendants do not have

21  sufficient knowledge, or information or belief, to enable Defendants to answer the

22  allegations contained within such paragraph, as stated, and on those grounds deny

23  generally and specifically each and every of the allegations contained therein.

24  Defendants deny all liability and/or wrongdoing.

25        52.    Answering paragraph 52 of the Complaint, under the header "Factual

26  Allegations Common to All Causes of Action": Defendants deny all of the allegations

27  in this paragraph.  Defendants do not have sufficient knowledge, or information or

28  belief, to enable Defendants to answer the allegations contained within such

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

132391749.1                                    12                    Case No. 5:23-cv-01739-JGB (SK)

COUNTY DEFENDANTS' ANSWER TO PLAINTIFFS' COMPLAINT

paragraph, as stated, and on those grounds deny generally and specifically each and every of the allegations contained therein.  Defendants deny all liability and/or wrongdoing.

53.    Answering paragraph 53 of the Complaint, under the header "Factual Allegations Common to All Causes of Action": Defendants deny all of the allegations in this paragraph.  Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the allegations contained therein.  Defendants deny all liability and/or wrongdoing.

54.    Answering paragraph 54 of the Complaint, under the header "Factual Allegations Common to All Causes of Action": Defendants deny all of the allegations in this paragraph.  Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the allegations contained therein.  Defendants deny all liability and/or wrongdoing.

55.    Answering paragraph 55 of the Complaint, under the header "Factual Allegations Common to All Causes of Action": Defendants deny all of the allegations in this paragraph.  Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the allegations contained therein.  Defendants deny all liability and/or wrongdoing.

56.    Answering paragraph 56 of the Complaint, under the header "Factual Allegations Common to All Causes of Action": Defendants deny all of the allegations in this paragraph.  Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

132391749.1
13
Case No. 5:23-cv-01739-JGB (SK)
COUNTY DEFENDANTS' ANSWER TO PLAINTIFFS' COMPLAINT

paragraph, as stated, and on those grounds deny generally and specifically each and every of the allegations contained therein.  Defendants deny all liability and/or wrongdoing.

57.    Answering paragraph 57 of the Complaint, under the header "Factual Allegations Common to All Causes of Action": Defendants deny all of the allegations in this paragraph.  Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the allegations contained therein.  Defendants deny all liability and/or wrongdoing.

58.    Answering paragraph 58 of the Complaint, under the header "Factual Allegations Common to All Causes of Action": Defendants deny all of the allegations in this paragraph.  Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the allegations contained therein.  Defendants deny all liability and/or wrongdoing.

59.    Answering paragraph 59 of the Complaint, under the header "Factual Allegations Common to All Causes of Action": Defendants deny all of the allegations in this paragraph.  Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the allegations contained therein.  Defendants deny all liability and/or wrongdoing.

60.    Answering paragraph 60 of the Complaint, under the header "Factual Allegations Common to All Causes of Action": Defendants deny all of the allegations in this paragraph.  Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

132391749.1

14

Case No. 5:23-cv-01739-JGB (SK)

COUNTY DEFENDANTS' ANSWER TO PLAINTIFFS' COMPLAINT

paragraph, as stated, and on those grounds deny generally and specifically each and every of the allegations contained therein.   Defendants deny all liability and/or wrongdoing.

61.   Answering paragraph 61 of the Complaint, under the header "Factual Allegations Common to All Causes of Action": Defendants deny all of the allegations in this paragraph.  Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the allegations contained therein.   Defendants deny all liability and/or wrongdoing.

62.   Answering paragraph 62 of the Complaint, under the header "Factual Allegations Common to All Causes of Action": Defendants deny all of the allegations in this paragraph.  Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the allegations contained therein.   Defendants deny all liability and/or wrongdoing.

63.   Answering paragraph 63 of the Complaint, under the header "Factual Allegations Common to *Monell* and Supervisorial Causes of Action": Defendants deny all of the allegations in this paragraph.  Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the allegations contained therein.  Defendants deny all liability and/or wrongdoing.

64.   Answering paragraph 64 of the Complaint, under the header "Factual Allegations Common to *Monell* and Supervisorial Causes of Action": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

132391749.1                                    15                    Case No. 5:23-cv-01739-JGB (SK)
COUNTY DEFENDANTS' ANSWER TO PLAINTIFFS' COMPLAINT

grounds deny generally and specifically each and every of the allegations contained therein.  Defendants deny all liability and/or wrongdoing.

65.    Answering paragraph 65 of the Complaint, under the header "Factual Allegations Common to *Monell* and Supervisorial Causes of Action": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph and its subparagraphs a) through r), as stated, and on those grounds deny generally and specifically each and every of the allegations contained therein.  Defendants deny all liability and/or wrongdoing.

66.    Answering paragraph 66 of the Complaint, under the header "Factual Allegations Common to *Monell* and Supervisorial Causes of Action": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the allegations contained therein.  Defendants deny all liability and/or wrongdoing.

67.    Answering paragraph 67 of the Complaint, under the header "Factual Allegations Common to *Monell* and Supervisorial Causes of Action": Defendants deny all of the allegations in this paragraph.  Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the allegations contained therein.  Defendants deny all liability and/or wrongdoing.

68.    Answering paragraph 68 of the Complaint, under the header "Factual Allegations Common to *Monell* and Supervisorial Causes of Action": Defendants deny all of the allegations in this paragraph.  Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

132391749.1
16
Case No. 5:23-cv-01739-JGB (SK)
COUNTY DEFENDANTS' ANSWER TO PLAINTIFFS' COMPLAINT

1  specifically each and every of the allegations contained therein.  Defendants deny all
2  liability and/or wrongdoing.

3       69.    Answering paragraph 69 of the Complaint, under the header "Factual
4  Allegations Common to *Monell* and Supervisorial Causes of Action": Defendants
5  deny all of the allegations in this paragraph.  Defendants do not have sufficient
6  knowledge, or information or belief, to enable Defendants to answer the allegations
7  contained within such paragraph, as stated, and on those grounds deny generally and
8  specifically each and every of the allegations contained therein.  Defendants deny all
9  liability and/or wrongdoing.

10      70.    Answering paragraph 70 of the Complaint, under the header "Factual
11 Allegations Common to *Monell* and Supervisorial Causes of Action": Defendants
12 deny all of the allegations in this paragraph and its subparagraphs a) through h).
13 Defendants do not have sufficient knowledge, or information or belief, to enable
14 Defendants to answer the allegations contained within such paragraph, as stated, and
15 on those grounds deny generally and specifically each and every of the allegations
16 contained therein.  Defendants deny all liability and/or wrongdoing.

17      71.    Answering paragraph 71 of the Complaint, under the header "Factual
18 Allegations Common to *Monell* and Supervisorial Causes of Action": Defendants
19 deny all of the allegations in this paragraph.  Defendants do not have sufficient
20 knowledge, or information or belief, to enable Defendants to answer the allegations
21 contained within such paragraph, as stated, and on those grounds deny generally and
22 specifically each and every of the allegations contained therein.  Defendants deny all
23 liability and/or wrongdoing.

24      72.    Answering paragraph 72 of the Complaint, under the header "Factual
25 Allegations Common to *Monell* and Supervisorial Causes of Action": Defendants
26 deny all of the allegations in this paragraph.  Defendants do not have sufficient
27 knowledge, or information or belief, to enable Defendants to answer the allegations
28 contained within such paragraph, as stated, and on those grounds deny generally and

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

132391749.1        17        Case No. 5:23-cv-01739-JGB (SK)
COUNTY DEFENDANTS' ANSWER TO PLAINTIFFS' COMPLAINT

1  specifically each and every of the allegations contained therein.  Defendants deny all

2  liability and/or wrongdoing.

3        73.    Answering paragraph 73 of the Complaint, under the header "Factual

4  Allegations Common to *Monell* and Supervisorial Causes of Action": Defendants

5  deny all of the allegations in this paragraph.  Defendants do not have sufficient

6  knowledge, or information or belief, to enable Defendants to answer the allegations

7  contained within such paragraph, as stated, and on those grounds deny generally and

8  specifically each and every of the allegations contained therein.  Defendants deny all

9  liability and/or wrongdoing.

10       74.    Answering paragraph 74 of the Complaint, under the header "Factual

11 Allegations Common to *Monell* and Supervisorial Causes of Action": Defendants

12 deny all of the allegations in this paragraph.  Defendants do not have sufficient

13 knowledge, or information or belief, to enable Defendants to answer the allegations

14 contained within such paragraph, as stated, and on those grounds deny generally and

15 specifically each and every of the allegations contained therein.  Defendants deny all

16 liability and/or wrongdoing.

17       75.    Answering paragraph 75 of the Complaint, under the header "Factual

18 Allegations Common to *Monell* and Supervisorial Causes of Action": Defendants

19 deny all of the allegations in this paragraph.  Defendants do not have sufficient

20 knowledge, or information or belief, to enable Defendants to answer the allegations

21 contained within such paragraph, as stated, and on those grounds deny generally and

22 specifically each and every of the allegations contained therein.  Defendants deny all

23 liability and/or wrongdoing.

24       76.    Answering paragraph 76 of the Complaint, under the header "Factual

25 Allegations Common to *Monell* and Supervisorial Causes of Action": Defendants

26 deny all of the allegations in this paragraph.  Defendants do not have sufficient

27 knowledge, or information or belief, to enable Defendants to answer the allegations

28 contained within such paragraph, as stated, and on those grounds deny generally and

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

specifically each and every of the allegations contained therein.  Defendants deny all liability and/or wrongdoing.

77.     Answering paragraph 77 of the Complaint, under the header "Factual Allegations Common to *Monell* and Supervisorial Causes of Action": Defendants deny all of the allegations in this paragraph.  Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the allegations contained therein.  Defendants deny all liability and/or wrongdoing.

78.     Answering paragraph 78 of the Complaint, under the header "Factual Allegations Common to *Monell* and Supervisorial Causes of Action": Defendants deny all of the allegations in this paragraph.  Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the allegations contained therein.  Defendants deny all liability and/or wrongdoing.

79.     Answering paragraph 79 of the Complaint, under the header "Factual Allegations Common to *Monell* and Supervisorial Causes of Action": Defendants deny all of the allegations in this paragraph.  Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the allegations contained therein.  Defendants deny all liability and/or wrongdoing.

80.     Answering paragraph 80 of the Complaint, under the header "Factual Allegations Common to *Monell* and Supervisorial Causes of Action": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

1  grounds deny generally and specifically each and every of the allegations contained

2  therein.  Defendants deny all liability and/or wrongdoing.

3       81.   Answering paragraph 81 of the Complaint, under the header "Factual

4  Allegations Common to *Monell* and Supervisorial Causes of Action": Defendants do

5  not have sufficient knowledge, or information or belief, to enable Defendants to

6  answer the allegations contained within such paragraph, as stated, and on those

7  grounds deny generally and specifically each and every of the allegations contained

8  therein.  Defendants deny all liability and/or wrongdoing.

9       82.   Answering paragraph 82 of the Complaint, under the header "Factual

10  Allegations Common to *Monell* and Supervisorial Causes of Action": Defendants do

11  not have sufficient knowledge, or information or belief, to enable Defendants to

12  answer the allegations contained within such paragraph, as stated, and on those

13  grounds deny generally and specifically each and every of the allegations contained

14  therein.  Defendants deny all liability and/or wrongdoing.

15      83.   Answering paragraph 83 of the Complaint, under the header "Factual

16  Allegations Common to *Monell* and Supervisorial Causes of Action": Defendants do

17  not have sufficient knowledge, or information or belief, to enable Defendants to

18  answer the allegations contained within such paragraph and its subparagraphs a)

19  through f), as stated, and on those grounds deny generally and specifically each and

20  every of the allegations contained therein.  Defendants deny all liability and/or

21  wrongdoing.

22      84.   Answering paragraph 84 of the Complaint, under the header "Factual

23  Allegations Common to *Monell* and Supervisorial Causes of Action": Defendants do

24  not have sufficient knowledge, or information or belief, to enable Defendants to

25  answer the allegations contained within such paragraph, as stated, and on those

26  grounds deny generally and specifically each and every of the allegations contained

27  therein.  Defendants deny all liability and/or wrongdoing.

28

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

132391749.1                    20                    Case No. 5:23-cv-01739-JGB (SK)
COUNTY DEFENDANTS' ANSWER TO PLAINTIFFS' COMPLAINT

85.     Answering paragraph 85 of the Complaint, under the header "Factual Allegations Common to *Monell* and Supervisorial Causes of Action": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the allegations contained therein.  Defendants deny all liability and/or wrongdoing.

86.     Answering paragraph 86 of the Complaint, under the header "Factual Allegations Common to *Monell* and Supervisorial Causes of Action": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the allegations contained therein.  Defendants deny all liability and/or wrongdoing.

87.     Answering paragraph 87 of the Complaint, under the header "Factual Allegations Common to *Monell* and Supervisorial Causes of Action": Defendants deny all of the allegations in this paragraph.  Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the allegations contained therein.  Defendants deny all liability and/or wrongdoing.

88.     Answering paragraph 88 of the Complaint, under the header "Factual Allegations Common to *Monell* and Supervisorial Causes of Action": Defendants deny all of the allegations in this paragraph.  Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the allegations contained therein.  Defendants deny all liability and/or wrongdoing.

89.     Answering paragraph 89 of the Complaint, under the header "Factual Allegations Common to *Monell* and Supervisorial Causes of Action": Defendants

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

132391749.1                           21                    Case No. 5:23-cv-01739-JGB (SK)
COUNTY DEFENDANTS' ANSWER TO PLAINTIFFS' COMPLAINT

deny all of the allegations in this paragraph.  Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the allegations contained therein.  Defendants deny all liability and/or wrongdoing.

90.    Answering paragraph 90 of the Complaint, under the header "Factual Allegations Common to *Monell* and Supervisorial Causes of Action": Defendants deny all of the allegations in this paragraph.  Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the allegations contained therein.  Defendants deny all liability and/or wrongdoing.

91.    Answering paragraph 91 of the Complaint, under the header "Factual Allegations Common to *Monell* and Supervisorial Causes of Action": Defendants deny all of the allegations in this paragraph.  Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the allegations contained therein.  Defendants deny all liability and/or wrongdoing.

92.    Answering paragraph 92 of the Complaint, under the header "Factual Allegations Common to *Monell* and Supervisorial Causes of Action": Defendants deny all of the allegations in this paragraph.  Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the allegations contained therein.  Defendants deny all liability and/or wrongdoing.

93.    Answering paragraph 93 of the Complaint, under the header "Factual Allegations Common to *Monell* and Supervisorial Causes of Action": Defendants

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

132391749.1

22

Case No. 5:23-cv-01739-JGB (SK)

COUNTY DEFENDANTS' ANSWER TO PLAINTIFFS' COMPLAINT

deny all of the allegations in this paragraph.  Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the allegations contained therein.  Defendants deny all liability and/or wrongdoing.

94.    Answering paragraph 94 of the Complaint, under the header "Factual Allegations Common to *Monell* and Supervisorial Causes of Action": Defendants deny all of the allegations in this paragraph.  Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the allegations contained therein.  Defendants deny all liability and/or wrongdoing.

95.    Answering paragraph 95 of the Complaint, under the header "Factual Allegations Common to *Monell* and Supervisorial Causes of Action": Defendants deny all of the allegations in this paragraph.  Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the allegations contained therein.  Defendants deny all liability and/or wrongdoing.

96.    Answering paragraph 96 of the Complaint, under the header "Factual Allegations Common to *Monell* and Supervisorial Causes of Action": Defendants deny all of the allegations in this paragraph.  Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the allegations contained therein.  Defendants deny all liability and/or wrongdoing.

97.    Answering paragraph 97 of the Complaint, under the header "Factual Allegations Common to *Monell* and Supervisorial Causes of Action": Defendants do

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

132391749.1                        23                Case No. 5:23-cv-01739-JGB (SK)
COUNTY DEFENDANTS' ANSWER TO PLAINTIFFS' COMPLAINT

not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the allegations contained therein. Defendants deny all liability and/or wrongdoing.

98.    Answering paragraph 98 of the Complaint, under the header "Factual Allegations Common to *Monell* and Supervisorial Causes of Action": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the allegations contained therein. Defendants deny all liability and/or wrongdoing.

99.    Answering paragraph 99 of the Complaint, under the header "Factual Allegations Common to *Monell* and Supervisorial Causes of Action": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the allegations contained therein. Defendants deny all liability and/or wrongdoing.

100.   Answering paragraph 100 of the Complaint, under the header "Factual Allegations Common to *Monell* and Supervisorial Causes of Action": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the allegations contained therein. Defendants deny all liability and/or wrongdoing.

101.   Answering paragraph 101 of the Complaint, under the header "Factual Allegations Common to *Monell* and Supervisorial Causes of Action": Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the allegations contained therein. Defendants deny all liability and/or wrongdoing.

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

132391749.1

24

Case No. 5:23-cv-01739-JGB (SK)

COUNTY DEFENDANTS' ANSWER TO PLAINTIFFS' COMPLAINT

102.   Answering paragraph 102 of the Complaint, under the header "Factual Allegations Common to *Monell* and Supervisorial Causes of Action":  Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the allegations contained therein.  Defendants deny all liability and/or wrongdoing.

103.   Answering paragraph 103 of the Complaint, under the header "Factual Allegations Common to *Monell* and Supervisorial Causes of Action":  Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the allegations contained therein.  Defendants deny all liability and/or wrongdoing.

104.   Answering paragraph 104 of the Complaint, under the header "Factual Allegations Common to *Monell* and Supervisorial Causes of Action":  Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the allegations contained therein.  Defendants deny all liability and/or wrongdoing.

105.   Answering paragraph 105 of the Complaint, under the header "Factual Allegations Common to *Monell* and Supervisorial Causes of Action":  Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the allegations contained therein.  Defendants deny all liability and/or wrongdoing.

106.   Answering paragraph 106 of the Complaint, under the header "Factual Allegations Common to *Monell* and Supervisorial Causes of Action":  Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

132391749.1                                      25                    Case No. 5:23-cv-01739-JGB (SK)
COUNTY DEFENDANTS' ANSWER TO PLAINTIFFS' COMPLAINT

1  grounds deny generally and specifically each and every of the allegations contained
2  therein.  Defendants deny all liability and/or wrongdoing.

3      107.   Answering paragraph 107 of the Complaint, under the header "Factual
4  Allegations Common to *Monell* and Supervisorial Causes of Action":  Defendants do
5  not have sufficient knowledge, or information or belief, to enable Defendants to
6  answer the allegations contained within such paragraph, as stated, and on those
7  grounds deny generally and specifically each and every of the allegations contained
8  therein.  Defendants deny all liability and/or wrongdoing.

9      108.   Answering paragraph 108 of the Complaint, under the header "Factual
10  Allegations Common to *Monell* and Supervisorial Causes of Action":  Defendants do
11  not have sufficient knowledge, or information or belief, to enable Defendants to
12  answer the allegations contained within such paragraph, as stated, and on those
13  grounds deny generally and specifically each and every of the allegations contained
14  therein.  Defendants deny all liability and/or wrongdoing.

15      109.   Answering paragraph 109 of the Complaint, under the header "Factual
16  Allegations Common to *Monell* and Supervisorial Causes of Action":  Defendants
17  deny all of the allegations in this paragraph.  Defendants do not have sufficient
18  knowledge, or information or belief, to enable Defendants to answer the allegations
19  contained within such paragraph, as stated, and on those grounds deny generally and
20  specifically each and every of the allegations contained therein.  Defendants deny all
21  liability and/or wrongdoing.

22      110.   Answering paragraph 110 of the Complaint, under the header
23  "Punitive/Exemplary Damages Allegations":  Defendants deny all of the allegations
24  in this paragraph.  Defendants do not have sufficient knowledge, or information or
25  belief, to enable Defendants to answer the allegations contained within such
26  paragraph, as stated, and on those grounds deny generally and specifically each and
27  every of the allegations contained therein.  Defendants deny all liability and/or
28  wrongdoing.

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

132391749.1                                 26                      Case No. 5:23-cv-01739-JGB (SK)
COUNTY DEFENDANTS' ANSWER TO PLAINTIFFS' COMPLAINT

111. Answering paragraph 111 of the Complaint, under the header "Punitive/Exemplary Damages Allegations": Defendants deny all of the allegations in this paragraph. Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the allegations contained therein. Defendants deny all liability and/or wrongdoing.

112. Answering paragraph 112 of the Complaint, under the header "Punitive/Exemplary Damages Allegations": Defendants deny all of the allegations in this paragraph. Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the allegations contained therein. Defendants deny all liability and/or wrongdoing.

113. Answering paragraph 113 of the Complaint, under the header "Punitive/Exemplary Damages Allegations": Defendants deny all of the allegations in this paragraph. Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the allegations contained therein. Defendants deny all liability and/or wrongdoing.

114. Answering paragraph 114 of the Complaint, under the header "Punitive/Exemplary Damages Allegations": Defendants deny all of the allegations in this paragraph. Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the allegations contained therein. Defendants deny all liability and/or wrongdoing.

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

115.   Answering paragraph 115 of the Complaint, under the header "First Cause of Action" and subheader "Failure to Protect from Harm, Violation of the Fourteenth Amendment to the United States Constitution (Survival Action - 42 U.S.C. § 1983)":  Whereby plaintiffs incorporate by reference plaintiffs' prior and subsequent allegations, defendants repeat, reiterate and re-allege all of the admissions and denials contained in this Answer which are set forth to each and every allegation contained in the paragraphs of Plaintiffs' Complaint.

116.   Answering paragraph 116 of the Complaint, under the header "First Cause of Action" and subheader "Failure to Protect from Harm, Violation of the Fourteenth Amendment to the United States Constitution (Survival Action - 42 U.S.C. § 1983)":  Defendants deny all of the allegations in this paragraph.  Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the allegations contained therein.  Defendants deny all liability and/or wrongdoing.

117.   Answering paragraph 117 of the Complaint, under the header "First Cause of Action" and subheader "Failure to Protect from Harm, Violation of the Fourteenth Amendment to the United States Constitution (Survival Action - 42 U.S.C. § 1983)":   Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the allegations contained therein.  Defendants deny all liability and/or wrongdoing.

118.   Answering paragraph 118 of the Complaint, under the header "First Cause of Action" and subheader "Failure to Protect from Harm, Violation of the Fourteenth Amendment to the United States Constitution (Survival Action - 42 U.S.C. § 1983)":  Defendants deny all of the allegations in this paragraph.  Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

132391749.1                                28                    Case No. 5:23-cv-01739-JGB (SK)
COUNTY DEFENDANTS' ANSWER TO PLAINTIFFS' COMPLAINT

grounds deny generally and specifically each and every of the allegations contained therein.  Defendants deny all liability and/or wrongdoing.

119.   Answering paragraph 119 of the Complaint, under the header "First Cause of Action" and subheader "Failure to Protect from Harm, Violation of the Fourteenth Amendment to the United States Constitution (Survival Action - 42 U.S.C. § 1983)":  Defendants deny all of the allegations in this paragraph.  Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the allegations contained therein.  Defendants deny all liability and/or wrongdoing.

120.   Answering paragraph 120 of the Complaint, under the header "First Cause of Action" and subheader "Failure to Protect from Harm, Violation of the Fourteenth Amendment to the United States Constitution (Survival Action - 42 U.S.C. § 1983)":  Defendants deny all of the allegations in this paragraph.  Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the allegations contained therein.  Defendants deny all liability and/or wrongdoing.

121.   Answering paragraph 121 of the Complaint, under the header "First Cause of Action" and subheader "Failure to Protect from Harm, Violation of the Fourteenth Amendment to the United States Constitution (Survival Action - 42 U.S.C. § 1983)":  Defendants deny all of the allegations in this paragraph.  Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the allegations contained therein.  Defendants deny all liability and/or wrongdoing.

122.   Answering paragraph 122 of the Complaint, under the header "First Cause of Action" and subheader "Failure to Protect from Harm, Violation of the

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

132391749.1                                        29                          Case No. 5:23-cv-01739-JGB (SK)
COUNTY DEFENDANTS' ANSWER TO PLAINTIFFS' COMPLAINT

Fourteenth Amendment to the United States Constitution (Survival Action - 42 U.S.C. § 1983)": Defendants deny all of the allegations in this paragraph. Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the allegations contained therein. Defendants deny all liability and/or wrongdoing.

123. Answering paragraph 123 of the Complaint, under the header "First Cause of Action" and subheader "Failure to Protect from Harm, Violation of the Fourteenth Amendment to the United States Constitution (Survival Action - 42 U.S.C. § 1983)": Defendants deny all of the allegations in this paragraph. Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the allegations contained therein. Defendants deny all liability and/or wrongdoing.

124. Answering paragraph 124 of the Complaint, under the header "First Cause of Action" and subheader "Failure to Protect from Harm, Violation of the Fourteenth Amendment to the United States Constitution (Survival Action - 42 U.S.C. § 1983)": Defendants deny all of the allegations in this paragraph. Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the allegations contained therein. Defendants deny all liability and/or wrongdoing.

125. Answering paragraph 125 of the Complaint, under the header "First Cause of Action" and subheader "Failure to Protect from Harm, Violation of the Fourteenth Amendment to the United States Constitution (Survival Action - 42 U.S.C. § 1983)": Defendants deny all of the allegations in this paragraph. Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

132391749.1                                30          Case No. 5:23-cv-01739-JGB (SK)
COUNTY DEFENDANTS' ANSWER TO PLAINTIFFS' COMPLAINT

1  grounds deny generally and specifically each and every of the allegations contained

2  therein.  Defendants deny all liability and/or wrongdoing.

3      126.   Answering paragraph 126 of the Complaint, under the header "First

4  Cause of Action" and subheader "Failure to Protect from Harm, Violation of the

5  Fourteenth Amendment to the United States Constitution (Survival Action - 42 U.S.C.

6  § 1983)":  Defendants deny all of the allegations in this paragraph.  Defendants do

7  not have sufficient knowledge, or information or belief, to enable Defendants to

8  answer the allegations contained within such paragraph, as stated, and on those

9  grounds deny generally and specifically each and every of the allegations contained

10 therein.  Defendants deny all liability and/or wrongdoing.

11     127.   Answering paragraph 127 of the Complaint, under the header "First

12 Cause of Action" and subheader "Failure to Protect from Harm, Violation of the

13 Fourteenth Amendment to the United States Constitution (Survival Action - 42 U.S.C.

14 § 1983)":  Defendants deny all of the allegations in this paragraph.  Defendants do

15 not have sufficient knowledge, or information or belief, to enable Defendants to

16 answer the allegations contained within such paragraph, as stated, and on those

17 grounds deny generally and specifically each and every of the allegations contained

18 therein.  Defendants deny all liability and/or wrongdoing.

19     128.   Answering paragraph 128 of the Complaint, under the header "First

20 Cause of Action" and subheader "Failure to Protect from Harm, Violation of the

21 Fourteenth Amendment to the United States Constitution (Survival Action - 42 U.S.C.

22 § 1983)":  Defendants deny all of the allegations in this paragraph.  Defendants do

23 not have sufficient knowledge, or information or belief, to enable Defendants to

24 answer the allegations contained within such paragraph, as stated, and on those

25 grounds deny generally and specifically each and every of the allegations contained

26 therein.  Defendants deny all liability and/or wrongdoing.

27     129.   Answering paragraph 129 of the Complaint, under the header "First

28 Cause of Action" and subheader "Failure to Protect from Harm, Violation of the

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

132391749.1                    31                  Case No. 5:23-cv-01739-JGB (SK)
COUNTY DEFENDANTS' ANSWER TO PLAINTIFFS' COMPLAINT

Fourteenth Amendment to the United States Constitution (Survival Action - 42 U.S.C. § 1983)": Defendants deny all of the allegations in this paragraph. Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the allegations contained therein. Defendants deny all liability and/or wrongdoing.

130. Answering paragraph 130 of the Complaint, under the header "First Cause of Action" and subheader "Failure to Protect from Harm, Violation of the Fourteenth Amendment to the United States Constitution (Survival Action - 42 U.S.C. § 1983)": Defendants deny all of the allegations in this paragraph. Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the allegations contained therein. Defendants deny all liability and/or wrongdoing.

131. Answering paragraph 131 of the Complaint, under the header "First Cause of Action" and subheader "Failure to Protect from Harm, Violation of the Fourteenth Amendment to the United States Constitution (Survival Action - 42 U.S.C. § 1983)": Defendants deny all of the allegations in this paragraph. Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the allegations contained therein. Defendants deny all liability and/or wrongdoing.

132. Answering paragraph 132 of the Complaint, under the header "First Cause of Action" and subheader "Failure to Protect from Harm, Violation of the Fourteenth Amendment to the United States Constitution (Survival Action - 42 U.S.C. § 1983)": Defendants deny all of the allegations in this paragraph. Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

132391749.1

32

Case No. 5:23-cv-01739-JGB (SK)

COUNTY DEFENDANTS' ANSWER TO PLAINTIFFS' COMPLAINT

grounds deny generally and specifically each and every of the allegations contained therein.  Defendants deny all liability and/or wrongdoing.

133.   Answering paragraph 133 of the Complaint, under the header "First Cause of Action" and subheader "Failure to Protect from Harm, Violation of the Fourteenth Amendment to the United States Constitution (Survival Action - 42 U.S.C. § 1983)":  Defendants deny all of the allegations in this paragraph.  Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the allegations contained therein.  Defendants deny all liability and/or wrongdoing.

134.   Answering paragraph 134 of the Complaint, under the header "First Cause of Action" and subheader "Failure to Protect from Harm, Violation of the Fourteenth Amendment to the United States Constitution (Survival Action - 42 U.S.C. § 1983)":  Defendants deny all of the allegations in this paragraph.  Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the allegations contained therein.  Defendants deny all liability and/or wrongdoing.

135.   Answering paragraph 135 of the Complaint, under the header "First Cause of Action" and subheader "Failure to Protect from Harm, Violation of the Fourteenth Amendment to the United States Constitution (Survival Action - 42 U.S.C. § 1983)":  Defendants deny all of the allegations in this paragraph.  Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the allegations contained therein.  Defendants deny all liability and/or wrongdoing.

136.   Answering paragraph 136 of the Complaint, under the header "First Cause of Action" and subheader "Failure to Protect from Harm, Violation of the

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

132391749.1                                33                      Case No. 5:23-cv-01739-JGB (SK)
COUNTY DEFENDANTS' ANSWER TO PLAINTIFFS' COMPLAINT

Fourteenth Amendment to the United States Constitution (Survival Action - 42 U.S.C. § 1983) ": Defendants deny all of the allegations in this paragraph. Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the allegations contained therein. Defendants deny all liability and/or wrongdoing.

137.   Answering paragraph 137 of the Complaint, under the header "First Cause of Action" and subheader "Failure to Protect from Harm, Violation of the Fourteenth Amendment to the United States Constitution (Survival Action - 42 U.S.C. § 1983)": Defendants deny all of the allegations in this paragraph. Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the allegations contained therein. Defendants deny all liability and/or wrongdoing.

138.   Answering paragraph 138 of the Complaint, under the header "First Cause of Action" and subheader "Failure to Protect from Harm, Violation of the Fourteenth Amendment to the United States Constitution (Survival Action - 42 U.S.C. § 1983)": Defendants deny all of the allegations in this paragraph. Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the allegations contained therein. Defendants deny all liability and/or wrongdoing.

139.   Answering paragraph 139 of the Complaint, under the header "First Cause of Action" and subheader "Failure to Protect from Harm, Violation of the Fourteenth Amendment to the United States Constitution (Survival Action - 42 U.S.C. § 1983)": Defendants deny all of the allegations in this paragraph. Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

132391749.1                                    34                    Case No. 5:23-cv-01739-JGB (SK)
COUNTY DEFENDANTS' ANSWER TO PLAINTIFFS' COMPLAINT

1   grounds deny generally and specifically each and every of the allegations contained

2   therein.  Defendants deny all liability and/or wrongdoing.

3          140.   Answering paragraph 140 of the Complaint, under the header "First

4   Cause of Action" and subheader "Failure to Protect from Harm, Violation of the

5   Fourteenth Amendment to the United States Constitution (Survival Action - 42 U.S.C.

6   § 1983)":  Defendants deny all of the allegations in this paragraph.  Defendants do

7   not have sufficient knowledge, or information or belief, to enable Defendants to

8   answer the allegations contained within such paragraph, as stated, and on those

9   grounds deny generally and specifically each and every of the allegations contained

10  therein.  Defendants deny all liability and/or wrongdoing.

11         141.   Answering paragraph 141 of the Complaint, under the header "Second

12  Cause of Action" and subheader "Failure to Provide Medical Care, Violation of the

13  Fourteenth Amendment to the United States Constitution (Survival Action - 42 U.S.C.

14  § 1983)":  Whereby plaintiffs incorporate by reference plaintiffs' prior and subsequent

15  allegations, defendants repeat, reiterate and re-allege all of the admissions and denials

16  contained in this Answer which are set forth to each and every allegation contained

17  in the paragraphs of Plaintiffs' Complaint.

18         142.   Answering paragraph 142 of the Complaint, under the header "Second

19  Cause of Action" and subheader "Failure to Provide Medical Care, Violation of the

20  Fourteenth Amendment to the United States Constitution (Survival Action - 42 U.S.C.

21  § 1983)":  Defendants deny all of the allegations in this paragraph.  Defendants do

22  not have sufficient knowledge, or information or belief, to enable Defendants to

23  answer the allegations contained within such paragraph, as stated, and on those

24  grounds deny generally and specifically each and every of the allegations contained

25  therein.  Defendants deny all liability and/or wrongdoing.

26         143.   Answering paragraph 143 of the Complaint, under the header "Second

27  Cause of Action" and subheader "Failure to Provide Medical Care, Violation of the

28  Fourteenth Amendment to the United States Constitution (Survival Action - 42 U.S.C.

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

132391749.1                    35                  Case No. 5:23-cv-01739-JGB (SK)
COUNTY DEFENDANTS' ANSWER TO PLAINTIFFS' COMPLAINT

§ 1983)”:  Defendants deny all of the allegations in this paragraph.  Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the allegations contained therein.  Defendants deny all liability and/or wrongdoing.

144.   Answering paragraph 144 of the Complaint, under the header "Second Cause of Action" and subheader "Failure to Provide Medical Care, Violation of the Fourteenth Amendment to the United States Constitution (Survival Action - 42 U.S.C. § 1983)”:  Defendants deny all of the allegations in this paragraph.  Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the allegations contained therein.  Defendants deny all liability and/or wrongdoing.

145.   Answering paragraph 145 of the Complaint, under the header "Second Cause of Action" and subheader "Failure to Provide Medical Care, Violation of the Fourteenth Amendment to the United States Constitution (Survival Action - 42 U.S.C. § 1983)”:  Defendants deny all of the allegations in this paragraph.  Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the allegations contained therein.  Defendants deny all liability and/or wrongdoing.

146.   Answering paragraph 146 of the Complaint, under the header "Second Cause of Action" and subheader "Failure to Provide Medical Care, Violation of the Fourteenth Amendment to the United States Constitution (Survival Action - 42 U.S.C. § 1983)”:  Defendants deny all of the allegations in this paragraph.  Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

132391749.1

36

Case No. 5:23-cv-01739-JGB (SK)

COUNTY DEFENDANTS' ANSWER TO PLAINTIFFS' COMPLAINT

grounds deny generally and specifically each and every of the allegations contained therein. Defendants deny all liability and/or wrongdoing.

147. Answering paragraph 147 of the Complaint, under the header "Second Cause of Action" and subheader "Failure to Provide Medical Care, Violation of the Fourteenth Amendment to the United States Constitution (Survival Action - 42 U.S.C. § 1983)": Defendants deny all of the allegations in this paragraph. Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the allegations contained therein. Defendants deny all liability and/or wrongdoing.

148. Answering paragraph 148 of the Complaint, under the header "Second Cause of Action" and subheader "Failure to Provide Medical Care, Violation of the Fourteenth Amendment to the United States Constitution (Survival Action - 42 U.S.C. § 1983)": Defendants deny all of the allegations in this paragraph. Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the allegations contained therein. Defendants deny all liability and/or wrongdoing.

149. Answering paragraph 149 of the Complaint, under the header "Third Cause of Action" and subheader "Deprivation of the Right to Familial Relationship with Decedent, Violation of the Fourteenth Amendment to the United States Constitution (42 U.S.C. § 1983)": Whereby plaintiffs incorporate by reference plaintiffs' prior and subsequent allegations, defendants repeat, reiterate and re-allege all of the admissions and denials contained in this Answer which are set forth to each and every allegation contained in the paragraphs of Plaintiffs' Complaint.

150. Answering paragraph 150 of the Complaint, under the header "Third Cause of Action" and subheader "Deprivation of the Right to Familial Relationship with Decedent, Violation of the Fourteenth Amendment to the United States

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

132391749.1                                    37                      Case No. 5:23-cv-01739-JGB (SK)
COUNTY DEFENDANTS' ANSWER TO PLAINTIFFS' COMPLAINT

1   Constitution (42 U.S.C. § 1983)":  Defendants deny all of the allegations in this
2   paragraph.  Defendants do not have sufficient knowledge, or information or belief, to
3   enable Defendants to answer the allegations contained within such paragraph, as
4   stated, and on those grounds deny generally and specifically each and every of the
5   allegations contained therein.  Defendants deny all liability and/or wrongdoing.

6       151.   Answering paragraph 151 of the Complaint, under the header "Third
7   Cause of Action" and subheader "Deprivation of the Right to Familial Relationship
8   with Decedent, Violation of the Fourteenth Amendment to the United States
9   Constitution (42 U.S.C. § 1983)":  Defendants do not have sufficient knowledge, or
10  information or belief, to enable Defendants to answer the allegations contained within
11  such paragraph, as stated, and on those grounds deny generally and specifically each
12  and every of the allegations contained therein.  Defendants deny all liability and/or
13  wrongdoing.

14      152.   Answering paragraph 152 of the Complaint, under the header "Third
15  Cause of Action" and subheader "Deprivation of the Right to Familial Relationship
16  with Decedent, Violation of the Fourteenth Amendment to the United States
17  Constitution (42 U.S.C. § 1983)":  Defendants deny all of the allegations in this
18  paragraph.  Defendants do not have sufficient knowledge, or information or belief, to
19  enable Defendants to answer the allegations contained within such paragraph, as
20  stated, and on those grounds deny generally and specifically each and every of the
21  allegations contained therein.  Defendants deny all liability and/or wrongdoing.

22      153.   Answering paragraph 153 of the Complaint, under the header "Third
23  Cause of Action" and subheader "Deprivation of the Right to Familial Relationship
24  with Decedent, Violation of the Fourteenth Amendment to the United States
25  Constitution (42 U.S.C. § 1983)":  Defendants deny all of the allegations in this
26  paragraph.  Defendants do not have sufficient knowledge, or information or belief, to
27  enable Defendants to answer the allegations contained within such paragraph, as
28

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

132391749.1          38          Case No. 5:23-cv-01739-JGB (SK)
COUNTY DEFENDANTS' ANSWER TO PLAINTIFFS' COMPLAINT

1   stated, and on those grounds deny generally and specifically each and every of the

2   allegations contained therein.  Defendants deny all liability and/or wrongdoing.

3      154.   Answering paragraph 154 of the Complaint, under the header "Third

4   Cause of Action" and subheader "Deprivation of the Right to Familial Relationship

5   with Decedent, Violation of the Fourteenth Amendment to the United States

6   Constitution (42 U.S.C. § 1983)":  Defendants deny all of the allegations in this

7   paragraph.  Defendants do not have sufficient knowledge, or information or belief, to

8   enable Defendants to answer the allegations contained within such paragraph, as

9   stated, and on those grounds deny generally and specifically each and every of the

10  allegations contained therein.  Defendants deny all liability and/or wrongdoing.

11     155.   Answering paragraph 155 of the Complaint, under the header "Third

12  Cause of Action" and subheader "Deprivation of the Right to Familial Relationship

13  with Decedent, Violation of the Fourteenth Amendment to the United States

14  Constitution (42 U.S.C. § 1983)":  Defendants deny all of the allegations in this

15  paragraph.  Defendants do not have sufficient knowledge, or information or belief, to

16  enable Defendants to answer the allegations contained within such paragraph, as

17  stated, and on those grounds deny generally and specifically each and every of the

18  allegations contained therein.  Defendants deny all liability and/or wrongdoing.

19     156.   Answering paragraph 156 of the Complaint, under the header "Third

20  Cause of Action" and subheader "Deprivation of the Right to Familial Relationship

21  with Decedent, Violation of the Fourteenth Amendment to the United States

22  Constitution (42 U.S.C. § 1983)":  Defendants deny all of the allegations in this

23  paragraph.  Defendants do not have sufficient knowledge, or information or belief, to

24  enable Defendants to answer the allegations contained within such paragraph, as

25  stated, and on those grounds deny generally and specifically each and every of the

26  allegations contained therein.  Defendants deny all liability and/or wrongdoing.

27     157.   Answering paragraph 157 of the Complaint, under the header "Third

28  Cause of Action" and subheader "Deprivation of the Right to Familial Relationship

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

132391749.1                          39                    Case No. 5:23-cv-01739-JGB (SK)
COUNTY DEFENDANTS' ANSWER TO PLAINTIFFS' COMPLAINT

with Decedent, Violation of the Fourteenth Amendment to the United States Constitution (42 U.S.C. § 1983)":  Defendants deny all of the allegations in this paragraph.  Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the allegations contained therein.  Defendants deny all liability and/or wrongdoing.

158.   Answering paragraph 158 of the Complaint, under the header "Third Cause of Action" and subheader "Deprivation of the Right to Familial Relationship with Decedent, Violation of the Fourteenth Amendment to the United States Constitution (42 U.S.C. § 1983)":  Defendants deny all of the allegations in this paragraph.  Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the allegations contained therein.  Defendants deny all liability and/or wrongdoing.

159.   Answering paragraph 159 of the Complaint, under the header "Third Cause of Action" and subheader "Deprivation of the Right to Familial Relationship with Decedent, Violation of the Fourteenth Amendment to the United States Constitution (42 U.S.C. § 1983)":  Defendants deny all of the allegations in this paragraph.  Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the allegations contained therein.  Defendants deny all liability and/or wrongdoing.

160.   Answering paragraph 160 of the Complaint, under the header "Third Cause of Action" and subheader "Deprivation of the Right to Familial Relationship with Decedent, Violation of the Fourteenth Amendment to the United States Constitution (42 U.S.C. § 1983)":  Defendants deny all of the allegations in this paragraph.  Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

132391749.1                                40                  Case No. 5:23-cv-01739-JGB (SK)
COUNTY DEFENDANTS' ANSWER TO PLAINTIFFS' COMPLAINT

1  stated, and on those grounds deny generally and specifically each and every of the

2  allegations contained therein.  Defendants deny all liability and/or wrongdoing.

3      161.   Answering paragraph 161 of the Complaint, under the header "Third

4  Cause of Action" and subheader "Deprivation of the Right to Familial Relationship

5  with Decedent, Violation of the Fourteenth Amendment to the United States

6  Constitution (42 U.S.C. § 1983)":  Defendants deny all of the allegations in this

7  paragraph.  Defendants do not have sufficient knowledge, or information or belief, to

8  enable Defendants to answer the allegations contained within such paragraph, as

9  stated, and on those grounds deny generally and specifically each and every of the

10  allegations contained therein.  Defendants deny all liability and/or wrongdoing.

11      162.   Answering paragraph 162 of the Complaint, under the header "Fourth

12  Cause of Action" and subheader "Municipal Policies, Customs, Practices Causing

13  Constitutional Violations (*Monell* - 42 U.S.C. § 1983)":   Whereby plaintiffs

14  incorporate by reference plaintiffs' prior and subsequent allegations, defendants

15  repeat, reiterate and re-allege all of the admissions and denials contained in this

16  Answer which are set forth to each and every allegation contained in the paragraphs

17  of Plaintiffs' Complaint.

18      163.   Answering paragraph 163 of the Complaint, under the header "Fourth

19  Cause of Action" and subheader "Municipal Policies, Customs, Practices Causing

20  Constitutional Violations (*Monell* - 42 U.S.C. § 1983)":  Defendants deny all of the

21  allegations in this paragraph and its subparagraphs a) through t).  Defendants do not

22  have sufficient knowledge, or information or belief, to enable Defendants to answer

23  the allegations contained within such paragraph, as stated, and on those grounds deny

24  generally and specifically each and every of the allegations contained therein.

25  Defendants deny all liability and/or wrongdoing.

26      164.   Answering paragraph 164 of the Complaint, under the header "Fourth

27  Cause of Action" and subheader "Municipal Policies, Customs, Practices Causing

28  Constitutional Violations (*Monell* - 42 U.S.C. § 1983)":  Defendants deny all of the

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

132391749.1                                      41                    Case No. 5:23-cv-01739-JGB (SK)
COUNTY DEFENDANTS' ANSWER TO PLAINTIFFS' COMPLAINT

allegations in this paragraph and its subparagraphs a) through g).  Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the allegations contained therein. Defendants deny all liability and/or wrongdoing.

165.   Answering paragraph 165 of the Complaint, under the header "Fourth Cause of Action" and subheader "Municipal Policies, Customs, Practices Causing Constitutional Violations (*Monell* - 42 U.S.C. § 1983)":  Defendants deny all of the allegations in this paragraph.  Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the allegations contained therein.  Defendants deny all liability and/or wrongdoing.

166.   Answering paragraph 166 of the Complaint, under the header "Fourth Cause of Action" and subheader "Municipal Policies, Customs, Practices Causing Constitutional Violations (*Monell* - 42 U.S.C. § 1983)":  Defendants deny all of the allegations in this paragraph.  Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the allegations contained therein.  Defendants deny all liability and/or wrongdoing.

167.   Answering paragraph 167 of the Complaint, under the header "Fourth Cause of Action" and subheader "Municipal Policies, Customs, Practices Causing Constitutional Violations (*Monell* - 42 U.S.C. § 1983)":  Defendants deny all of the allegations in this paragraph.  Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

132391749.1

42

Case No. 5:23-cv-01739-JGB (SK)

COUNTY DEFENDANTS' ANSWER TO PLAINTIFFS' COMPLAINT

1  and every of the allegations contained therein.  Defendants deny all liability and/or

2  wrongdoing.

3      168.   Answering paragraph 168 of the Complaint, under the header "Fourth

4  Cause of Action" and subheader "Municipal Policies, Customs, Practices Causing

5  Constitutional Violations (*Monell* - 42 U.S.C. § 1983)":  Defendants deny all of the

6  allegations in this paragraph.  Defendants do not have sufficient knowledge, or

7  information or belief, to enable Defendants to answer the allegations contained within

8  such paragraph, as stated, and on those grounds deny generally and specifically each

9  and every of the allegations contained therein.  Defendants deny all liability and/or

10  wrongdoing.

11      169.   Answering paragraph 169 of the Complaint, under the header "Fourth

12  Cause of Action" and subheader "Municipal Policies, Customs, Practices Causing

13  Constitutional Violations (*Monell* - 42 U.S.C. § 1983)":  Defendants deny all of the

14  allegations in this paragraph.  Defendants do not have sufficient knowledge, or

15  information or belief, to enable Defendants to answer the allegations contained within

16  such paragraph, as stated, and on those grounds deny generally and specifically each

17  and every of the allegations contained therein.  Defendants deny all liability and/or

18  wrongdoing.

19      170.   Answering paragraph 170 of the Complaint, under the header "Fourth

20  Cause of Action" and subheader "Municipal Policies, Customs, Practices Causing

21  Constitutional Violations (*Monell* - 42 U.S.C. § 1983)":  Defendants deny all of the

22  allegations in this paragraph.  Defendants do not have sufficient knowledge, or

23  information or belief, to enable Defendants to answer the allegations contained within

24  such paragraph, as stated, and on those grounds deny generally and specifically each

25  and every of the allegations contained therein.  Defendants deny all liability and/or

26  wrongdoing.

27      171.   Answering paragraph 171 of the Complaint, under the header "Fourth

28  Cause of Action" and subheader "Municipal Policies, Customs, Practices Causing

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

132391749.1                    43                    Case No. 5:23-cv-01739-JGB (SK)
COUNTY DEFENDANTS' ANSWER TO PLAINTIFFS' COMPLAINT

Constitutional Violations (*Monell* - 42 U.S.C. § 1983)":  Defendants deny all of the allegations in this paragraph.  Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the allegations contained therein.  Defendants deny all liability and/or wrongdoing.

172.   Answering paragraph 172 of the Complaint, under the header "Fourth Cause of Action" and subheader "Municipal Policies, Customs, Practices Causing Constitutional Violations (*Monell* - 42 U.S.C. § 1983)":  Defendants deny all of the allegations in this paragraph.  Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the allegations contained therein.  Defendants deny all liability and/or wrongdoing.

173.   Answering paragraph 173 of the Complaint, under the header "Fourth Cause of Action" and subheader "Municipal Policies, Customs, Practices Causing Constitutional Violations (*Monell* - 42 U.S.C. § 1983)":  Defendants deny all of the allegations in this paragraph.  Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the allegations contained therein.  Defendants deny all liability and/or wrongdoing.

174.   Answering paragraph 174 of the Complaint, under the header "Fourth[1] Cause of Action" and subheader "Supervisory Liability Causing Constitutional Violations (Failure to Properly Train, Supervise and Discipline, 42 U.S.C. § 1983)":  Whereby plaintiffs incorporate by reference plaintiffs' prior and subsequent

---

[1]      The Complaint mislabels the fifth cause of action as the fourth.

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

1    allegations, defendants repeat, reiterate and re-allege all of the admissions and denials
2    contained in this Answer which are set forth to each and every allegation contained
3    in the paragraphs of Plaintiffs' Complaint.

4        175.   Answering paragraph 175 of the Complaint, under the header "Fourth
5    Cause of Action" and subheader "Supervisory Liability Causing Constitutional
6    Violations (Failure to Properly Train, Supervise and Discipline, 42 U.S.C. § 1983)":
7    Defendants deny all of the allegations in this paragraph.  Defendants do not have
8    sufficient knowledge, or information or belief, to enable Defendants to answer the
9    allegations contained within such paragraph, as stated, and on those grounds deny
10   generally and specifically each and every of the allegations contained therein.
11   Defendants deny all liability and/or wrongdoing.

12       176.   Answering paragraph 176 of the Complaint, under the header "Fourth
13   Cause of Action" and subheader "Supervisory Liability Causing Constitutional
14   Violations (Failure to Properly Train, Supervise and Discipline, 42 U.S.C. § 1983)":
15   Defendants deny all of the allegations in this paragraph.  Defendants do not have
16   sufficient knowledge, or information or belief, to enable Defendants to answer the
17   allegations contained within such paragraph, as stated, and on those grounds deny
18   generally and specifically each and every of the allegations contained therein.
19   Defendants deny all liability and/or wrongdoing.

20       177.   Answering paragraph 177 of the Complaint, under the header "Fourth
21   Cause of Action" and subheader "Supervisory Liability Causing Constitutional
22   Violations (Failure to Properly Train, Supervise and Discipline, 42 U.S.C. § 1983)":
23   Defendants deny all of the allegations in this paragraph.  Defendants do not have
24   sufficient knowledge, or information or belief, to enable Defendants to answer the
25   allegations contained within such paragraph, as stated, and on those grounds deny
26   generally and specifically each and every of the allegations contained therein.
27   Defendants deny all liability and/or wrongdoing.

28

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

132391749.1                    45                    Case No. 5:23-cv-01739-JGB (SK)
COUNTY DEFENDANTS' ANSWER TO PLAINTIFFS' COMPLAINT

178. Answering paragraph 178 of the Complaint, under the header "Fourth Cause of Action" and subheader "Supervisory Liability Causing Constitutional Violations (Failure to Properly Train, Supervise and Discipline, 42 U.S.C. § 1983)": Defendants deny all of the allegations in this paragraph.  Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the allegations contained therein. Defendants deny all liability and/or wrongdoing.

179. Answering paragraph 179 of the Complaint, under the header "Fourth Cause of Action" and subheader "Supervisory Liability Causing Constitutional Violations (Failure to Properly Train, Supervise and Discipline, 42 U.S.C. § 1983)": Defendants deny all of the allegations in this paragraph.  Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the allegations contained therein. Defendants deny all liability and/or wrongdoing.

180. Answering paragraph 180 of the Complaint, under the header "Fourth Cause of Action" and subheader "Supervisory Liability Causing Constitutional Violations (Failure to Properly Train, Supervise and Discipline, 42 U.S.C. § 1983)": Defendants deny all of the allegations in this paragraph.  Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the allegations contained therein. Defendants deny all liability and/or wrongdoing.

181. Answering paragraph 181 of the Complaint, under the header "Fourth Cause of Action" and subheader "Supervisory Liability Causing Constitutional Violations (Failure to Properly Train, Supervise and Discipline, 42 U.S.C. § 1983)": Defendants deny all of the allegations in this paragraph and its subparagraphs a)

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

through d).  Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the allegations contained therein.  Defendants deny all liability and/or wrongdoing.

182.  Answering paragraph 182 of the Complaint, under the header "Fourth Cause of Action" and subheader "Supervisory Liability Causing Constitutional Violations (Failure to Properly Train, Supervise and Discipline, 42 U.S.C. § 1983)": Defendants deny all of the allegations in this paragraph.  Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the allegations contained therein. Defendants deny all liability and/or wrongdoing.

183.  Answering paragraph 183 of the Complaint, under the header "Fourth Cause of Action" and subheader "Supervisory Liability Causing Constitutional Violations (Failure to Properly Train, Supervise and Discipline, 42 U.S.C. § 1983)": Defendants deny all of the allegations in this paragraph.  Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the allegations contained therein. Defendants deny all liability and/or wrongdoing.

184.  Answering paragraph 184 of the Complaint, under the header "Fourth Cause of Action" and subheader "Supervisory Liability Causing Constitutional Violations (Failure to Properly Train, Supervise and Discipline, 42 U.S.C. § 1983)": Defendants deny all of the allegations in this paragraph.  Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the allegations contained therein. Defendants deny all liability and/or wrongdoing.

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

132391749.1                                    47                    Case No. 5:23-cv-01739-JGB (SK)
COUNTY DEFENDANTS' ANSWER TO PLAINTIFFS' COMPLAINT

185. Answering paragraph 185 of the Complaint, under the header "Fourth Cause of Action" and subheader "Supervisory Liability Causing Constitutional Violations (Failure to Properly Train, Supervise and Discipline, 42 U.S.C. § 1983)": Defendants deny all of the allegations in this paragraph. Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the allegations contained therein. Defendants deny all liability and/or wrongdoing.

186. Answering paragraph 186 of the Complaint, under the header "Fourth Cause of Action" and subheader "Supervisory Liability Causing Constitutional Violations (Failure to Properly Train, Supervise and Discipline, 42 U.S.C. § 1983)": Defendants deny all of the allegations in this paragraph. Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the allegations contained therein. Defendants deny all liability and/or wrongdoing.

187. Answering paragraph 187 of the Complaint, under the header "Sixth Cause of Action" and subheader "Negligence – Wrongful Death": Whereby plaintiffs incorporate by reference plaintiffs' prior and subsequent allegations, defendants repeat, reiterate and re-allege all of the admissions and denials contained in this Answer which are set forth to each and every allegation contained in the paragraphs of Plaintiffs' Complaint.

188. Answering paragraph 188 of the Complaint, under the header "Sixth Cause of Action" and subheader "Negligence – Wrongful Death": Defendants deny all of the allegations in this paragraph. Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

each and every of the allegations contained therein.  Defendants deny all liability and/or wrongdoing.

189.   Answering paragraph 189 of the Complaint, under the header "Sixth Cause of Action" and subheader "Negligence – Wrongful Death": Defendants deny all of the allegations in this paragraph.  Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the allegations contained therein.  Defendants deny all liability and/or wrongdoing.

190.   Answering paragraph 190 of the Complaint, under the header "Sixth Cause of Action" and subheader "Negligence – Wrongful Death": Defendants deny all of the allegations in this paragraph and its subparagraphs a) through i).  Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the allegations contained therein.  Defendants deny all liability and/or wrongdoing.

191.   Answering paragraph 191 of the Complaint, under the header "Sixth Cause of Action" and subheader "Negligence – Wrongful Death": Defendants deny all of the allegations in this paragraph.  Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the allegations contained therein.  Defendants deny all liability and/or wrongdoing.

192.   Answering paragraph 192 of the Complaint, under the header "Sixth Cause of Action" and subheader "Negligence – Wrongful Death": Defendants deny all of the allegations in this paragraph.  Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

1  each and every of the allegations contained therein.  Defendants deny all liability

2  and/or wrongdoing.

3      193.   Answering paragraph 193 of the Complaint, under the header "Sixth

4  Cause of Action" and subheader "Negligence – Wrongful Death":  Defendants deny

5  all of the allegations in this paragraph.  Defendants do not have sufficient knowledge,

6  or information or belief, to enable Defendants to answer the allegations contained

7  within such paragraph, as stated, and on those grounds deny generally and specifically

8  each and every of the allegations contained therein.  Defendants deny all liability

9  and/or wrongdoing.

10      194.   Answering paragraph 194 of the Complaint, under the header "Sixth

11  Cause of Action" and subheader "Negligence – Wrongful Death":  Defendants deny

12  all of the allegations in this paragraph.  Defendants do not have sufficient knowledge,

13  or information or belief, to enable Defendants to answer the allegations contained

14  within such paragraph, as stated, and on those grounds deny generally and specifically

15  each and every of the allegations contained therein.  Defendants deny all liability

16  and/or wrongdoing.

17      195.   Answering paragraph 195 of the Complaint, under the header "Sixth

18  Cause of Action" and subheader "Negligence – Wrongful Death":  Defendants deny

19  all of the allegations in this paragraph.  Defendants do not have sufficient knowledge,

20  or information or belief, to enable Defendants to answer the allegations contained

21  within such paragraph, as stated, and on those grounds deny generally and specifically

22  each and every of the allegations contained therein.  Defendants deny all liability

23  and/or wrongdoing.

24      196.   Answering paragraph 196 of the Complaint, under the header "Sixth

25  Cause of Action" and subheader "Negligence – Wrongful Death":  Defendants deny

26  all of the allegations in this paragraph.  Defendants do not have sufficient knowledge,

27  or information or belief, to enable Defendants to answer the allegations contained

28  within such paragraph, as stated, and on those grounds deny generally and specifically

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

132391749.1                                        50                    Case No. 5:23-cv-01739-JGB (SK)
COUNTY DEFENDANTS' ANSWER TO PLAINTIFFS' COMPLAINT

1   each and every of the allegations contained therein.  Defendants deny all liability

2   and/or wrongdoing.

3       197.   Answering paragraph 197 of the Complaint, under the header "Sixth

4   Cause of Action" and subheader "Negligence – Wrongful Death":  Defendants deny

5   all of the allegations in this paragraph.  Defendants do not have sufficient knowledge,

6   or information or belief, to enable Defendants to answer the allegations contained

7   within such paragraph, as stated, and on those grounds deny generally and specifically

8   each and every of the allegations contained therein.  Defendants deny all liability

9   and/or wrongdoing.

10      198.   Answering paragraph 198 of the Complaint, under the header "Sixth

11  Cause of Action" and subheader "Negligence – Wrongful Death":  Defendants deny

12  all of the allegations in this paragraph.  Defendants do not have sufficient knowledge,

13  or information or belief, to enable Defendants to answer the allegations contained

14  within such paragraph, as stated, and on those grounds deny generally and specifically

15  each and every of the allegations contained therein.  Defendants deny all liability

16  and/or wrongdoing.

17      199.   Answering paragraph 199 of the Complaint, under the header "Sixth

18  Cause of Action" and subheader "Negligence – Wrongful Death":  Defendants deny

19  all of the allegations in this paragraph.  Defendants do not have sufficient knowledge,

20  or information or belief, to enable Defendants to answer the allegations contained

21  within such paragraph, as stated, and on those grounds deny generally and specifically

22  each and every of the allegations contained therein.  Defendants deny all liability

23  and/or wrongdoing.

24      200.   Answering paragraph 200 of the Complaint, under the header "Seventh

25  Cause of Action" and subheader "Negligence – Medical Malpractice":  Whereby

26  plaintiffs incorporate by reference plaintiffs' prior and subsequent allegations,

27  defendants repeat, reiterate and re-allege all of the admissions and denials contained

28

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

132391749.1                              51                    Case No. 5:23-cv-01739-JGB (SK)
            COUNTY DEFENDANTS' ANSWER TO PLAINTIFFS' COMPLAINT

1   in this Answer which are set forth to each and every allegation contained in the

2   paragraphs of Plaintiffs' Complaint.

3     201. Answering paragraph 201 of the Complaint, under the header "Seventh

4   Cause of Action" and subheader "Negligence – Medical Malpractice":  Defendants

5   deny all of the allegations in this paragraph.  Defendants do not have sufficient

6   knowledge, or information or belief, to enable Defendants to answer the allegations

7   contained within such paragraph, as stated, and on those grounds deny generally and

8   specifically each and every of the allegations contained therein.  Defendants deny all

9   liability and/or wrongdoing.

10     202. Answering paragraph 202 of the Complaint, under the header "Seventh

11   Cause of Action" and subheader "Negligence – Medical Malpractice":  Defendants

12   deny all of the allegations in this paragraph.  Defendants do not have sufficient

13   knowledge, or information or belief, to enable Defendants to answer the allegations

14   contained within such paragraph, as stated, and on those grounds deny generally and

15   specifically each and every of the allegations contained therein.  Defendants deny all

16   liability and/or wrongdoing.

17     203. Answering paragraph 203 of the Complaint, under the header "Seventh

18   Cause of Action" and subheader "Negligence – Medical Malpractice":  Defendants

19   deny all of the allegations in this paragraph.  Defendants do not have sufficient

20   knowledge, or information or belief, to enable Defendants to answer the allegations

21   contained within such paragraph, as stated, and on those grounds deny generally and

22   specifically each and every of the allegations contained therein.  Defendants deny all

23   liability and/or wrongdoing.

24     204. Answering paragraph 204 of the Complaint, under the header "Seventh

25   Cause of Action" and subheader "Negligence – Medical Malpractice":  Defendants

26   deny all of the allegations in this paragraph.  Defendants do not have sufficient

27   knowledge, or information or belief, to enable Defendants to answer the allegations

28   contained within such paragraph, as stated, and on those grounds deny generally and

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

132391749.1  52  Case No. 5:23-cv-01739-JGB (SK)
COUNTY DEFENDANTS' ANSWER TO PLAINTIFFS' COMPLAINT

specifically each and every of the allegations contained therein.  Defendants deny all liability and/or wrongdoing.

205.   Answering paragraph 205 of the Complaint, under the header "Eighth Cause of Action" and subheader "Violation of California Government Code § 845.6": Whereby plaintiffs incorporate by reference plaintiffs' prior and subsequent allegations, defendants repeat, reiterate and re-allege all of the admissions and denials contained in this Answer which are set forth to each and every allegation contained in the paragraphs of Plaintiffs' Complaint.

206.   Answering paragraph 206 of the Complaint, under the header "Eighth Cause of Action" and subheader "Violation of California Government Code § 845.6": Defendants deny all of the allegations in this paragraph.  Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the allegations contained therein. Defendants deny all liability and/or wrongdoing.

207.   Answering paragraph 207 of the Complaint, under the header "Eighth Cause of Action" and subheader "Violation of California Government Code § 845.6": Defendants deny all of the allegations in this paragraph.  Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the allegations contained therein. Defendants deny all liability and/or wrongdoing.

208.   Answering paragraph 208 of the Complaint, under the header "Eighth Cause of Action" and subheader "Violation of California Government Code § 845.6": Defendants deny all of the allegations in this paragraph.  Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

132391749.1                                     53                    Case No. 5:23-cv-01739-JGB (SK)
COUNTY DEFENDANTS' ANSWER TO PLAINTIFFS' COMPLAINT

1  generally and specifically each and every of the allegations contained therein.

2  Defendants deny all liability and/or wrongdoing.

3      209.   Answering paragraph 209 of the Complaint, under the header "Ninth

4  Cause of Action" and subheader "Violation of California Civil Code § 52.1 (Tom

5  Bane Act)":   Whereby plaintiffs incorporate by reference plaintiffs' prior and

6  subsequent allegations, defendants repeat, reiterate and re-allege all of the admissions

7  and denials contained in this Answer which are set forth to each and every allegation

8  contained in the paragraphs of Plaintiffs' Complaint.

9      210.   Answering paragraph 210 of the Complaint, under the header "Ninth

10 Cause of Action" and subheader "Violation of California Civil Code § 52.1 (Tom

11 Bane Act)":  Defendants do not have sufficient knowledge, or information or belief,

12 to enable Defendants to answer the allegations contained within such paragraph, as

13 stated, and on those grounds deny generally and specifically each and every of the

14 allegations contained therein.  Defendants deny all liability and/or wrongdoing.

15     211.   Answering paragraph 211 of the Complaint, under the header "Ninth

16 Cause of Action" and subheader "Violation of California Civil Code § 52.1 (Tom

17 Bane Act)":   Defendants deny all of the allegations in this paragraph and its

18 subparagraphs a) through d).   Defendants do not have sufficient knowledge, or

19 information or belief, to enable Defendants to answer the allegations contained within

20 such paragraph, as stated, and on those grounds deny generally and specifically each

21 and every of the allegations contained therein.   Defendants deny all liability and/or

22 wrongdoing.

23     212.   Answering paragraph 212 of the Complaint, under the header "Ninth

24 Cause of Action" and subheader "Violation of California Civil Code § 52.1 (Tom

25 Bane Act)":   Defendants deny all of the allegations in this paragraph and its

26 subparagraphs a) through i).   Defendants do not have sufficient knowledge, or

27 information or belief, to enable Defendants to answer the allegations contained within

28 such paragraph, as stated, and on those grounds deny generally and specifically each

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

132391749.1                                          54                      Case No. 5:23-cv-01739-JGB (SK)
COUNTY DEFENDANTS' ANSWER TO PLAINTIFFS' COMPLAINT

and every of the allegations contained therein.  Defendants deny all liability and/or wrongdoing.

213.   Answering paragraph 213 of the Complaint, under the header "Ninth Cause of Action" and subheader "Violation of California Civil Code § 52.1 (Tom Bane Act)":  Defendants deny all of the allegations in this paragraph.  Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the allegations contained therein.  Defendants deny all liability and/or wrongdoing.

214.   Answering paragraph 214 of the Complaint, under the header "Ninth Cause of Action" and subheader "Violation of California Civil Code § 52.1 (Tom Bane Act)":  Defendants deny all of the allegations in this paragraph.  Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the allegations contained therein.  Defendants deny all liability and/or wrongdoing.

215.   Answering paragraph 215 of the Complaint, under the header "Ninth Cause of Action" and subheader "Violation of California Civil Code § 52.1 (Tom Bane Act)":  Defendants deny all of the allegations in this paragraph.  Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the allegations contained therein.  Defendants deny all liability and/or wrongdoing.

216.   Answering paragraph 216 of the Complaint, under the header "Ninth Cause of Action" and subheader "Violation of California Civil Code § 52.1 (Tom Bane Act)":  Defendants deny all of the allegations in this paragraph.  Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

132391749.1                                    55                    Case No. 5:23-cv-01739-JGB (SK)
COUNTY DEFENDANTS' ANSWER TO PLAINTIFFS' COMPLAINT

1   grounds deny generally and specifically each and every of the allegations contained

2   therein.  Defendants deny all liability and/or wrongdoing.

3       217.   Answering paragraph 217 of the Complaint, under the header "Ninth

4   Cause of Action" and subheader "Violation of California Civil Code § 52.1 (Tom

5   Bane Act)":  Defendants deny all of the allegations in this paragraph.  Defendants do

6   not have sufficient knowledge, or information or belief, to enable Defendants to

7   answer the allegations contained within such paragraph, as stated, and on those

8   grounds deny generally and specifically each and every of the allegations contained

9   therein.  Defendants deny all liability and/or wrongdoing.

10      218.   Answering paragraph 218 of the Complaint, under the header "Tenth

11   Cause of Action" and subheader "Intentional Infliction of Emotional Distress":

12   Whereby plaintiffs incorporate by reference plaintiffs' prior and subsequent

13   allegations, defendants repeat, reiterate and re-allege all of the admissions and denials

14   contained in this Answer which are set forth to each and every allegation contained

15   in the paragraphs of Plaintiffs' Complaint.

16      219.   Answering paragraph 219 of the Complaint, under the header "Tenth

17   Cause of Action" and subheader "Intentional Infliction of Emotional Distress":

18   Defendants deny all of the allegations in this paragraph.  Defendants do not have

19   sufficient knowledge, or information or belief, to enable Defendants to answer the

20   allegations contained within such paragraph, as stated, and on those grounds deny

21   generally and specifically each and every of the allegations contained therein.

22   Defendants deny all liability and/or wrongdoing.

23      220.   Answering paragraph 220 of the Complaint, under the header "Tenth

24   Cause of Action" and subheader "Intentional Infliction of Emotional Distress":

25   Defendants deny all of the allegations in this paragraph and its subparagraphs a)

26   through d).  Defendants do not have sufficient knowledge, or information or belief, to

27   enable Defendants to answer the allegations contained within such paragraph, as

28

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

1   stated, and on those grounds deny generally and specifically each and every of the

2   allegations contained therein.  Defendants deny all liability and/or wrongdoing.

3       221.   Answering paragraph 221 of the Complaint, under the header "Tenth

4   Cause of Action" and subheader "Intentional Infliction of Emotional Distress":

5   Defendants deny all of the allegations in this paragraph.  Defendants do not have

6   sufficient knowledge, or information or belief, to enable Defendants to answer the

7   allegations contained within such paragraph, as stated, and on those grounds deny

8   generally and specifically each and every of the allegations contained therein.

9   Defendants deny all liability and/or wrongdoing.

10      222.   Answering paragraph 222 of the Complaint, under the header "Tenth

11  Cause of Action" and subheader "Intentional Infliction of Emotional Distress":

12  Defendants deny all of the allegations in this paragraph.  Defendants do not have

13  sufficient knowledge, or information or belief, to enable Defendants to answer the

14  allegations contained within such paragraph, as stated, and on those grounds deny

15  generally and specifically each and every of the allegations contained therein.

16  Defendants deny all liability and/or wrongdoing.

17      223.   Answering paragraph 223 of the Complaint, under the header "Tenth

18  Cause of Action" and subheader "Intentional Infliction of Emotional Distress":

19  Defendants deny all of the allegations in this paragraph.  Defendants do not have

20  sufficient knowledge, or information or belief, to enable Defendants to answer the

21  allegations contained within such paragraph, as stated, and on those grounds deny

22  generally and specifically each and every of the allegations contained therein.

23  Defendants deny all liability and/or wrongdoing.

24      224.   Answering paragraph 224 of the Complaint, under the header "Tenth

25  Cause of Action" and subheader "Intentional Infliction of Emotional Distress":

26  Defendants deny all of the allegations in this paragraph.  Defendants do not have

27  sufficient knowledge, or information or belief, to enable Defendants to answer the

28  allegations contained within such paragraph, as stated, and on those grounds deny

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

132391749.1                          57                    Case No. 5:23-cv-01739-JGB (SK)
COUNTY DEFENDANTS' ANSWER TO PLAINTIFFS' COMPLAINT

generally and specifically each and every of the allegations contained therein. Defendants deny all liability and/or wrongdoing.

225.   Answering paragraph 225 of the Complaint, under the header "Tenth Cause of Action" and subheader "Intentional Infliction of Emotional Distress": Defendants deny all of the allegations in this paragraph.  Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the allegations contained therein. Defendants deny all liability and/or wrongdoing.

226.   Answering paragraph 226 of the Complaint, under the header "Tenth Cause of Action" and subheader "Intentional Infliction of Emotional Distress": Defendants deny all of the allegations in this paragraph.  Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the allegations contained therein. Defendants deny all liability and/or wrongdoing.

227.   Answering paragraph 227 of the Complaint, under the header "Eleventh Cause of Action" and subheader "Declaratory Relief":   Whereby plaintiffs incorporate by reference plaintiffs' prior and subsequent allegations, defendants repeat, reiterate and re-allege all of the admissions and denials contained in this Answer which are set forth to each and every allegation contained in the paragraphs of Plaintiffs' Complaint.

228.   Answering paragraph 228 of the Complaint, under the header "Eleventh Cause of Action" and subheader "Declaratory Relief":  Defendants deny all of the allegations in this paragraph.  Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

132391749.1                                    58                      Case No. 5:23-cv-01739-JGB (SK)
COUNTY DEFENDANTS' ANSWER TO PLAINTIFFS' COMPLAINT

and every of the allegations contained therein.  Defendants deny all liability and/or wrongdoing.

229.   Answering paragraph 229 of the Complaint, under the header "Eleventh Cause of Action" and subheader "Declaratory Relief":  Defendants deny all of the allegations in this paragraph.  Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the allegations contained therein.  Defendants deny all liability and/or wrongdoing.

230.   Answering paragraph 230 of the Complaint, under the header "Twelfth Cause of Action" and subheader "Battery":  Whereby plaintiffs incorporate by reference plaintiffs' prior and subsequent allegations, defendants repeat, reiterate and re-allege all of the admissions and denials contained in this Answer which are set forth to each and every allegation contained in the paragraphs of Plaintiffs' Complaint.

231.   Answering paragraph 231 of the Complaint, under the header "Twelfth Cause of Action" and subheader "Battery":  Defendants deny all of the allegations in this paragraph.  Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the allegations contained therein.  Defendants deny all liability and/or wrongdoing.

232.   Answering paragraph 232 of the Complaint, under the header "Twelfth Cause of Action" and subheader "Battery":  Defendants deny all of the allegations in this paragraph.  Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

every of the allegations contained therein.   Defendants deny all liability and/or wrongdoing.

233.   Answering Plaintiffs' Prayer for relief, Defendants deny all liability to Plaintiffs, including, but not limited to, all liability for any and all damages, including, but not limited to, compensatory damages; statutory damages; attorneys' fees; costs of any kind; punitive and exemplary damages against Defendants; and/or for any relief of any kind from Defendants to Plaintiffs.

234.   To the extent Plaintiffs assert any other claims or contentions not specifically addressed herein above, Defendants generally and specifically deny each and every remaining allegation and/or claim.

## AFFIRMATIVE DEFENSES

235.   As separate and affirmative defenses, Defendants allege as follows[2]:

## FIRST AFFIRMATIVE DEFENSE

### (Failure to State Claim, Statute of Limitations)

236.   Plaintiffs' Complaint fails to state a claim upon which relief can be granted.

237.   Plaintiffs' Complaint also fails to state a claim against any defendant in this action.

238.   Plaintiffs' claims are time-barred by the operative statutes of limitations (including, but not limited to, Cal. Code Civ. Proc. § 335.1).

## SECOND AFFIRMATIVE DEFENSE

### (Tort Claims Act Violation)

239.   This action is barred by the Plaintiffs' failure to comply with the government tort claims presentation requirements, California Government Code §

---

[2] For purposes of affirmative defenses, affirmative defenses that reference "Plaintiffs" shall also be construed to apply, wherever feasible, to Plaintiffs' decedent.

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

900, *et seq.*, including but not limited to §§ 900, 900.4, 901, 905, 905.2, 910, 911, 911.2, 911.4, 945.4, 945.6, 946.6, 950.2, and 950.6, to the extent applicable.

240.   The Complaint is barred based on Plaintiffs' failure to exhaust administrative remedies prior to filing this lawsuit.

### THIRD AFFIRMATIVE DEFENSE

### (Waiver, Estoppel, Unclean Hands)

241.   Defendants allege that Plaintiffs' action is barred by reason of conduct, actions, and inactions of Plaintiffs which amount to and constitute a waiver of any right Plaintiffs may or might have had in reference to the matters and things alleged in the Complaint, or that otherwise estop Plaintiffs from recovery in this action, including, but not limited to, the doctrine of unclean hands.

### FOURTH AFFIRMATIVE DEFENSE

### (Failure to Mitigate Damages)

242.   Plaintiffs' claims are barred or limited to the extent Plaintiffs failed to mitigate Plaintiffs' injuries or damages, if there were any.  Plaintiffs failed to mitigate the damages, if any, which Plaintiffs have sustained, and to exercise reasonable care to avoid the consequences of harms, if any, in that, among other things, Plaintiffs failed to use reasonable diligence in caring for any injuries, failed to use reasonable means to prevent aggravation of any injuries, and failed to take reasonable precautions to reduce any injuries and damages.

### FIFTH AFFIRMATIVE DEFENSE

### (Contributory and/or Comparative Liability)

243.  Plaintiffs' claims are barred or limited by Plaintiffs' contributory/comparative negligence or other conduct, acts, or omissions, and to the extent any Plaintiffs suffered any injury or damages, it was the result of Plaintiffs' own negligent or deliberate actions or omissions.

244.   Plaintiffs' recovery is barred because any injury or damage suffered by Plaintiffs was caused solely by reason of the Plaintiffs' wrongful acts and conduct and

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

the willful resistance to a peace officer in the discharge of their duties.  The conduct set forth in the Complaint, if and to the extent it occurred, was privileged and justified and done with a good faith belief that it was correct and no action may be taken against the answering Defendants on account of such conduct.

## SIXTH AFFIRMATIVE DEFENSE

### (Public Entity/Employee Immunity for Others' Torts)

245.   Plaintiffs' recovery is barred because public entities and employees are immune from liability for any injury caused by the act or omission of another person. Cal. Gov. Code §§ 815 *et seq.*, 820.2 *et seq.*

246.   The answering Defendants are informed and believe and thereon allege that if Plaintiffs sustained any injury or damages, such injury or damages were solely caused or contributed to by the wrongful conduct of other entities or persons other than the answering Defendants.  To the extent that Plaintiffs' damages were so caused, any recovery by Plaintiffs as against the answering defendants should be subject to proportionately comparative equitable indemnity/contribution from such third parties.

## SEVENTH AFFIRMATIVE DEFENSE

### (Public Entity/Employee Immunity for Discretionary Acts)

247.   There is no liability for any injury or damages, if there were any, resulting from an exercise of discretion vested in a public employee, whether or not such discretion was abused.  Cal. Gov. Code § 815.2, 820.2, 820.4, 820.8, 820 *et seq*.

248.   Plaintiffs' recovery is barred because public entities and employees are immune from liability for discharging their mandatory duties with reasonable diligence.

249.   A public employee may not be held liable for injuries or damages, if any, caused by failure to adopt or by adoption of an enactment or by failure to enforce an enactment and/or law, for an injury caused by their issuance, denial, suspension or revocation or by their failure or refusal to issue, denies, suspend or revoke, any permit, license, certificate, approval, order, or similar authorization, where they are

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

1  authorized by enactment to determine whether or not such authorization should be

2  issued, denied, suspended or revoked, pursuant to Cal. Gov. Code §§ 818.2, 818.4,

3  818.8, 821, and 821.2.   Based thereon, answering Defendants are immune from

4  liability for any injuries claimed by Plaintiffs, herein.

5  250.   The answering Defendants are immune for any detriment resulting from

6  any of their actions or omissions at the time of the incident of which Plaintiffs

7  complain pursuant to Cal. Gov. Code §§ 810 *et seq.*, 815 *et seq.*, 820 *et seq.*, and 845

8  *et seq.*, including, but not limited to, Cal. Gov. Code §§ 810, 810.2, 810.4, 810.6,

9  810.8, 811, 811.2, 811.4, 811.6, 811.8, 820.6, 820.8, 821, 821.2, 821.4, 821.6, 821.8,

10  822.2, 830.5, 830.6, 835.4, 844.6, and Cal. Gov. Code §§ 854, *et seq.*, including, but

11  not limited to, §§ 845.6, 854.6, 854.8(a)(2), and §§ 855.4, 855.6, 855.8 and 856.4.

## EIGHTH AFFIRMATIVE DEFENSE

### (Public Entity Immunity)

14  251.   To the extent that the Complaint attempts to predicate liability upon the

15  answering public entity Defendant or any employees thereof for purported negligence

16  in retention, hiring, employment, training, or supervision of any public employee,

17  such liability is barred by Cal. Gov. Code §§ 815.2 and 820.2 and *Herndon v. Cnty.*

18  *of Marin*, 25 Cal. App. 3d 933, 935, 936 (1972), *rev'd on other grounds by Sullivan*

19  *v. County of Los Angeles*, 12 Cal.3d 710 (1974); and by the lack of any duty running

20  to any Plaintiffs; by the fact that any such purported act or omission is governed

21  exclusively by statute and is outside the purview of any public employees' authority;

22  and by the failure of any such acts or omissions to be the proximate or legal cause of

23  any injury alleged in the Complaint.   *See de Villers v. Cnty. of San Diego*, 156

24  Cal.App.4th 238, 251-253, 255-256 (2007).

25  252.   These Defendants may not be held liable on a *respondeat superior* theory

26  for any negligent or wrongful act or omission on the part of any subordinate.   Cal.

27  Gov. Code §§ 844.6, 845.6; Cal. Civ. Code § 2351; *Malloy v. Fong*, 37 Cal.2d 356,

28  378-379(1951); *Monell v. Dep't of Soc. Servs.*, 436 U.S. 658 (1978); *Larez v. City of*

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

132391749.1                                   63                    Case No. 5:23-cv-01739-JGB (SK)
COUNTY DEFENDANTS' ANSWER TO PLAINTIFFS' COMPLAINT

*Los Angeles*, 946 F.2d 630, 645-646 (9th Cir. 1991); *cf. City of Canton v. Harris*, 489 U.S. 378, 388-389 (1989); *City of Los Angeles v. Heller*, 475 U.S. 796 (1986).

## NINTH AFFIRMATIVE DEFENSE

### (Qualified Immunity & Good Faith Immunity)

253.   Defendant and its agents or officers at all times relevant to this action acted reasonably and prudently under the circumstances.  Defendant therefore asserts any individual defendants' (that may be named by Plaintiffs) Qualified Immunity from liability to the fullest extent applicable.

254.   Defendants are immune from liability under the Federal Civil Rights Act because they acted in good faith with an honest and reasonable belief that their actions were necessary and appropriate.  Defendants are immune from liability under the Federal Civil Rights Act because a reasonable police officer could believe that their acts and conduct were appropriate. Defendants are immune from liability under the Federal Civil Rights Act because their conduct did not violate clearly established rights. Defendants are also immune from liability under the doctrine of Qualified Immunity.

255.   At all relevant times, Defendant and its agents or officers acted within the scope of discretion, with due care, and good faith fulfillment of responsibilities pursuant to applicable statutes, rules and regulation, within the bounds of reason, and with the good faith belief that their actions comported with all applicable federal and state laws.  *Harlow v. Fitzgerald*, 457 U.S. 800 (1982) ; Cal Gov. Code §§ 815.2, 820.2.

## TENTH AFFIRMATIVE DEFENSE

### (Assumption of Risk)

256.   At the time and place referred to in the Complaint, and before such event, Plaintiffs knew, appreciated, and understood each and every risk involved in placing themselves in the position which Plaintiffs then assumed, and willingly, knowingly,

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

and voluntarily assumed each of such risk, including, but not limited to, the risk of suffering personal bodily injury, lawful deprivation of rights, and/or death.

## **JURY DEMAND**

257.   Defendants demand a trial by jury as to each issue triable by jury.

## **PRAYER FOR RELIEF**

WHEREFORE, the answering Defendants pray as follows:

1.     That the Complaint be dismissed, with prejudice, and in its entirety;

2.     That Plaintiffs takes nothing by reason of this Complaint and that judgment be entered against Plaintiffs and in favor of Defendants;

3.     That Defendants be awarded attorneys' fees and costs of this suit and costs of proof; and

4.     That Defendants be awarded such other relief as the Court deems just.

DATED:  November 29, 2023

LEWIS BRISBOIS BISGAARD & SMITH LLP

By:     _/s/ Tony M. Sain_
        TONY M. SAIN
        ABIGAIL McLAUGHLIN
        Attorneys for Defendants,
        COUNTY OF RIVERSIDE, RIVERSIDE
        COUNTY SHERIFF'S DEPARTMENT,
        SHERIFF C. BIANCO, E. DELGADO, J.
        KRACHMER, D. HOLM

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

# FEDERAL COURT PROOF OF SERVICE

*Estate of Kaushal Niroula, et al. v. County of Riverside, et al.*, Case No. 5:23-cv-01739-JGB (SK) (51446-28)

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

At the time of service, I was over 18 years of age and not a party to the action. My business address is 633 West 5th Street, Suite 4000, Los Angeles, CA 90071. I am employed in the office of a member of the bar of this Court at whose direction the service was made.

On November 29, 2023, I served the following document(s):

I served the documents on the following persons at the following addresses (including fax numbers and e-mail addresses, if applicable):

| | |
|---|---|
| Christian Contreras, Esq. | Denisse O. Gastélum, Esq. |
| LAW OFFICES OF CHRISTIAN CONTRERAS | GASTELUM LAW, APC |
| Professional Law Corporation | A Professional Corporation |
| 360 E. 2nd St., 8th Floor | 3767 Worsham Ave. |
| Los Angeles, California 90012 | Long Beach, California 90808 |
| Tel: (323) 435-8000 | Tel: (213) 340-6112 |
| Fax: (323) 597-0101 | Fax: (213) 402-8622 |
| Email: CC@Contreras-Law.com | Email: dgastelum@gastelumfirm.com |

*Attorneys for Plaintiffs* Estate of Kaushal Niroula, by and through successors in interest, Radha Niroula and Kirshna Niroula;Radha Niroula, individually; Krishna Niroula, individually

*Attorneys for Plaintiffs* Estate of Kaushal Niroula, by and through successors in interest, Radha Niroula and Kirshna Niroula;Radha Niroula, individually; Krishna Niroula, individually

The documents were served by the following means:

☐ (BY U.S. MAIL) I enclosed the documents in a sealed envelope or package addressed to the persons at the addresses listed above and I deposited the sealed envelope or package with the U.S. Postal Service, with the postage fully prepaid.

☒ (BY COURT'S CM/ECF SYSTEM) Pursuant to Local Rule, I electronically filed the documents with the Clerk of the Court using the CM/ECF system, which sent notification of that filing to the persons listed above.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed on November 29, 2023, at Los Angeles, California.

*/s/ Corinne Taylor*
Corinne Taylor

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

132391749.1

66

Case No. 5:23-cv-01739-JGB (SK)

COUNTY DEFENDANTS' ANSWER TO PLAINTIFFS' COMPLAINT