JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| Estate of Kaushal Niroula et al.,<br><br>　　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>Riverside County Sheriff's Department et al.,<br><br>　　　　　　　　　Defendants. | Case No. EDCV 23-1739 JGB (SKx)<br><br>**JUDGMENT** |

Pursuant to the Court's Order entered substantially contemporaneously, and the Court's Order granting Defendants' Motion for Summary Judgment (Dkt. No. 104), **IT IS HEREBY ORDERED** that judgment is **ENTERED** in favor of Defendants and against Plaintiffs.  (JS-6)

**IT IS SO ORDERED.**

Dated: November 14, 2025

　　　　　　　　　　　　　　　　THE HONORABLE JESUS G. BERNAL
　　　　　　　　　　　　　　　　United States District Judge